**Gary GROSVENOR, Petitioner— Appellee,**

v.

**Jean HILL, Superintendent, Respondent—Appellant.**

**No. 05–35656.**

United States Court of Appeals, Ninth Circuit.

Submitted March 2, 2007 *.

Filed March 8, 2007.

Anthony David Bornstein, Esq., FPDOR–Federal Public Defender's Office, Portland, OR, for Petitioner–Appellee.

Janet A. Metcalf, Esq., Jennifer S. Lloyd, Esq., AGOR–Office of the Oregon

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Attorney General, Salem, OR, for Respondent–Appellant.

Before: REINHARDT and GRABER, Circuit Judges, and LEW **, District Judge.

### MEMORANDUM ***

The state appeals from the district court's grant of habeas relief to Grosvenor. The district court granted relief because of videotaped, testimonial statements admitted at trial in violation of *Crawford v. Washington*, 541 U.S. 36, 124 S.Ct. 1354, 158 L.Ed.2d 177 (2004). We agree with the district court that Grosvenor properly exhausted this claim before the state court through his *pro se* brief. However, because his conviction became final before the Supreme Court's decision in *Crawford,* and *Crawford* is not retroactive, *Whorton v. Bockting,* — U.S. ——, 127 S.Ct. 1173, 167 L.Ed.2d 1 (2007), we are compelled to REVERSE the district court and DENY the petition on the merits.

** The Honorable Ronald S.W. Lew, United States District Judge for the Central District of California, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.